1 | DANTE T. PRIDE
2 | ZACHARY I. AVINA
   | THE PRIDE LAW FIRM
   | 2831 Camino Del Rio S., Suite 104
3 | San Diego, CA  92101
   | T: (619) 516-8166
4 | F: (619) 785-3414
   | Attorney for Plaintiffs SHAYLA PICCINI, BRANDI MATTHEWS and
5 | JAYCIE MATTHEWS

6 | MARA W. ELLIOTT, City Attorney
   | M. TRAVIS PHELPS, Assistant City Attorney
7 | RAYNA A. STEPHAN, Senior Chief Deputy City Attorney
   | California State Bar No. 135001
8 |     Office of the City Attorney
   |     1200 Third Avenue, Suite 1100
9 |     San Diego, California 92101-4100
   |     Telephone: (619) 533-5800
10|     Facsimile:  (619) 533-5856

11 | Attorneys for Defendant CITY OF SAN DIEGO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYLA PICCINI, an individual, BRANDI MATTHEWS, and individual; JAYCIE MATTHEWS, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN DIEGO; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 21cv1343 W (KSC)<br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Thomas J. Whelan<br>Court Room:  3C |

///
///
///
///
///
///
///

The case having been settled as to all parties and causes of action, the parties, by and through their respective attorneys of record, jointly move the Court to dismiss all of Plaintiffs Shayla Piccini, Brandi Matthews, and Jaycie Matthews' claims against Defendants with prejudice, and dismiss this action in its entirety with prejudice. Each party to bear their own costs and attorneys' fees.

Dated: December 15, 2022     THE PRIDE LAW FIRM

By  /s/ Zachary I. Avina
    Zachary Avina

Attorneys for Plaintiffs
SHAYLA PICCINI, BRANDI MATTHEWS, and JAYCIE MATTHEWS
Email: zavina@pridelawfirm.com;

Dated: December 19, 2022     MARA W. ELLIOTT, City Attorney

By  /s/ Rayna A. Stephan
    Rayna A. Stephan
    Senior Chief Deputy City Attorney

Attorneys for Defendant
CITY OF SAN DIEGO
Email: RStephan@sandiego.gov

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Zachary Avina, counsel for Plaintiffs and that I have obtained Mr. Avina's authorization to affix her electronic signature to this document.

Dated: December 19, 2022     MARA W. ELLIOTT, City Attorney

By  /s/ Rayna A. Stephan
    Rayna A. Stephan
    Senior Chief Deputy City Attorney

Attorneys for Defendant
CITY OF SAN DIEGO
Email: RStephan@sandiego.gov